(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Guangy Fitzgerald Cooper
(Name of Plaintiff)   (Inmate Number)

Delaware Correctional Center
1181 Paddock Road Smyrna, Delaware 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Defendant    vs.

(1) South V.O.P Building Center Sussex County

(2) Lieutenant Michael Costello.

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

2501 0000

05 - 804

(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested

NOV 18 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Guangy Fitzgerald Cooper. Pursuant to 42, 1983 Entered 07/20/05 THE District Court. Having me to do Alot of Paper work And Waiting At the Last minit And Them dismiss the case. I paid $150.00 For this case 4 2 year. I waited to Address this issues.

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? · ·Yes · (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? · ·Yes · ·No

C. If your answer to "B" is Yes:

1. What steps did you take? Nothing happins on this just making waits Becous the stats of Delawars Ars like.

2. What was the result? No Result.

D. If your answer to "B" is No, explain why not: No ons dont want to Hear AbwT.

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Lieutenant Michael Costello

Employed as Souteth Yop Building at Sussex County

Mailing address with zip code: Georgetown, Del. Georgetown De 19947

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Lieutenant Michael Costello had put Gunnya Correa. And they use ground matt me with a leg around the yeard / House. I hurt my right ankle was with shackles got tight. And bruise so bad the Blood vessel trun my right ankle Black and Blue, vein still need the sergury seriousness

2. Sersury need immediately done, if you read the complete pocess you will understand the situation the South VOP Building is where I got hurt at Sussex violation of probation unit Route 6 Box 700 Georgetown DD-19947 This Building is where the state of Delaware superior court Kent county and Sussex County

3. Send are America AFRICAN brother and my AFRICAN America sister AFRICAN America brother and my AFRICAN America sister I may had to run a campaign so we can close the VOP Building down in Sussex violation of Probation Route 6 Box 700 Georgetown DEl 19947

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to grant this case so I can get this sergury done And yes Im suiung the VOP Building in Sussex county Delaware For Plain and Suffing And Lost of. employed A lost of my House. And transpitition. $ 2500,000

3

uptodate with a Jury Demand South VOP Building center Michael Costello, South VOP in Sussex County

2. Why The other Nation is Taking Contorl of our African American Brother And my African American Sister at THE South vep Building and THE Judges Allow THAT To Happed And Count Impossonal And False ~~

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of ___ NOV ___, 2 005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M Guango Garcia
SBI# 00186162  UNIT 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk US District Court
Lockbox 18
844 N King Street
Wilmington DE 19801