IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


GUANGO FITZGERALD CORREA        )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No.05-804 JJF
                                )
SOUTH VOP BUILDING CENTER,      )
LIEUTENANT MICHAEL COSTELLO     )
                                )
          Defendants.           )


**ORDER**

     1.   The plaintiff Guango Fitzgerald Correa, SBI
#180807, a pro se litigant who is presently incarcerated, has
filed this action pursuant to 42 U.S.C. § 1983 without prepayment
of the filing fee or a request to proceed in forma pauperis.

     2.   Pursuant to 28 U.S.C. § 1915(b), the plaintiff
shall be assessed the filing fee of $250.00.

     3.   Pursuant to the requirements of 28 U.S.C.
§ 1915(a)(1) and (2), and in order to determine the schedule of
payment of the filing fee, the plaintiff shall submit a request
to proceed in forma pauperis and a certified copy of his prison
trust fund account statement (or institutional equivalent) for
the six-month period immediately preceding the filing of the
complaint, obtained from the appropriate official at each
institution at which the plaintiff is confined.  **FAILURE OF THE**

**PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

       4.  Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

       5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: _December 1, 2005_               _____
                                    United States District Judge