IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO FITZGERALD CORREA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-804-JJF |
| ) | |
| SOUTH VOP BUILDING CENTER and ) | |
| LIEUTENANT MICHAEL COSTELLO, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

WHEREAS, Plaintiff Guango Fitzgerald Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 1, 2005, the Court entered an order requiring plaintiff to file, within 30 days from the date the order was sent, leave to proceed <u>in forma pauperis</u> and to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 2);

WHEREAS, to date, the required documents have not been received from the plaintiff;

THEREFORE, at Wilmington this 1 day of March, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**.   Plaintiff is not required to pay the $250.00 filing fee.

```
                                    _____
                                        United States District Judge
```