# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Guango Correa   SBI#: 180807

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 1, 2006

---

Attached are copies of your inmate account statement for the months of September 1, 2005 to February 28, 2006

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 16.24 |
| Oct | 2.11 |
| Nov | 3.80 |
| Dec | 7.46 |
| Jan | .01 |
| Feb | 0 |

Average daily balances/6 months: 5.00

Attachments
CC: File

Stacy Shane
3/1/06

3/6/06
Notary Public

# Individual Statement

Date Printed: 3/1/2006

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $57.51 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | |
| Current Location: | SU/1 | | Comments: | QOLPC | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/7/2005 | ($40.16) | $0.00 | $0.00 | $17.35 | 154300 | | | |
| Pay-To | 9/9/2005 | ($0.60) | $0.00 | $0.00 | $16.75 | 155713 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($2.81) | $0.00 | $0.00 | $13.94 | 155742 | | 9/6/04 | |
| Pay-To | 9/9/2005 | ($0.32) | $0.00 | $0.00 | $13.62 | 155760 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($6.23) | $0.00 | $0.00 | $7.39 | 155899 | | POSTAGE | |
| Canteen | 9/14/2005 | ($7.37) | $0.00 | $0.00 | $0.02 | 157533 | | | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 158496 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 158538 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.74) | $0.02 | 158555 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.60) | $0.02 | 161454 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($1.52) | $0.02 | 161460 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.83) | $0.02 | 161469 | | POSTAGE | |
| Canteen | 9/27/2005 | $20.20 | $0.00 | $0.00 | $20.22 | 162238 | | | |
| Canteen | 9/29/2005 | ($15.33) | $0.00 | $0.00 | $4.89 | 163392 | | | |
| Mail | 9/29/2005 | $10.00 | $0.00 | $0.00 | $14.89 | 163761 | 8889900355 | REFUND | D CORREA |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.83) | $14.89 | 164062 | | POSTAGE | |

Ending Mth Balance: $14.89

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($34.15)

# Individual Statement

Date Printed: 3/1/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| Current Location: | SU/1 | | Comments: QOLPC | | Beg Mth Balance: | $14.89 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/5/2005 | ($9.15) | $0.00 | $0.00 | $5.74 | 166137 | | | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.06) | $5.74 | 167671 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.06) | $5.74 | 167672 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.52) | $5.74 | 167742 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.00) | $5.74 | 167772 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.00) | $5.74 | 167773 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $5.14 | 168153 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $4.54 | 168298 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.52) | $0.00 | $0.00 | $3.02 | 168303 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $2.19 | 168312 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $1.59 | 168357 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.74) | $0.00 | $0.00 | $0.85 | 168369 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $0.02 | 168535 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.02) | $0.00 | ($1.50) | $0.00 | 168679 | | DST/POSTAGE | |
| Medical | 10/21/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 174442 | | 10/13/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176002 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176003 | | POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($34.15)

# Individual Statement

## For Month of November 2005

Date Printed: 3/1/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | |
| Current Location: | SU/1 | | Comments: | QOLPC | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/4/2005 | $15.00 | $0.00 | $0.00 | $15.00 | 179909 | 4589783511 | 10/13/05 | UNK |
| Medical | 11/4/2005 | ($6.00) | $0.00 | $0.00 | $9.00 | 180066 | | | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.83) | $9.00 | 180454 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $9.00 | 180618 | | POSTAGE | |
| Canteen | 11/8/2005 | ($2.15) | $0.00 | $0.00 | $6.85 | 180783 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($5.76) | $6.85 | 182775 | | | |
| Supplies-MailP | 11/11/2005 | ($1.50) | $0.00 | $0.00 | $5.35 | 183415 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.00) | $0.00 | $0.00 | $4.35 | 183424 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.00) | $0.00 | $0.00 | $3.35 | 183423 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $2.75 | 183633 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $2.15 | 183634 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.06) | $0.00 | $0.00 | $1.09 | 183668 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.06) | $0.00 | $0.00 | $0.03 | 183669 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.03) | $0.00 | ($0.80) | $0.00 | 183701 | | POSTAGE | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 186424 | | | |
| Mail | 11/22/2005 | $6.37 | $0.00 | $0.00 | $6.37 | 187316 | 660562 | | DOVER FED CREDIT U |

Ending Mth Balance: $6.37

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($34.15)

# Individual Statement

## For Month of December 2005

Date Printed: 3/1/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.37 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | |
| Current Location: | SU/1 | | Comments: QOLPC | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($2.89) | $6.37 | 196124 | | | |
| Visit | 12/22/2005 | $10.00 | $0.00 | $0.00 | $16.37 | 198530 | J9341511063-13510 | 12/5/05 | D. CORREA |
| Canteen | 12/27/2005 | ($5.46) | $0.00 | $0.00 | $10.91 | 199658 | | | |
| Supplies-MailP | 12/29/2005 | ($0.83) | $0.00 | $0.00 | $10.08 | 201815 | | | |
| Supplies-MailP | 12/29/2005 | ($0.80) | $0.00 | $0.00 | $9.28 | 202067 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($5.76) | $0.00 | $0.00 | $3.52 | 202076 | | | |
| Supplies-MailP | 12/29/2005 | ($0.60) | $0.00 | $0.00 | $2.92 | 202113 | | POSTAGE | |
| Supplies-MailP | 12/29/2005 | ($2.89) | $0.00 | $0.00 | $0.03 | 202195 | | 12/5/05 | |

Ending Mth Balance: $0.03

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($34.15)

## Individual Statement

### For Month of January 2006

Date Printed: 3/1/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.03 |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | |
| Current Location: | SU/1 | | Comments: | QOLPC | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.97) | $0.03 | 205183 | | 12/26/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($1.75) | $0.03 | 205199 | | 12/20/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($1.75) | $0.03 | 205201 | | 12/19/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.60) | $0.03 | 205258 | | 12/15/05 | |
| Supplies-MailP | 1/9/2006 | $0.00 | $0.00 | ($1.80) | $0.03 | 205593 | | 11/9/05 | |
| Supplies-MailP | 1/13/2006 | ($0.03) | $0.00 | ($0.94) | $0.00 | 208735 | | 12/26/05 | |
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 209108 | | 1/2/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 213328 | | 1/14/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 213374 | | 1/16/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 213375 | | 1/14/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 214155 | | 1/24/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 214158 | | 1/24/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($34.15)

# Individual Statement

Date Printed: 3/1/2006

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | | F | | | |
| Current Location: | SU/1 | | Comments: | QOLPC | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 220427 | | 1/9/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 220428 | | 1/14/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($3.65) | $0.00 | 220563 | | INDIGENT 1/30/06 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($1.29) | $0.00 | 221597 | | 12/8/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | $0.00 | 221622 | | 12/10/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.60) | $0.00 | 221651 | | 12/8/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 223505 | | 2/1/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($1.50) | $0.00 | 223512 | | 1/27/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | 223513 | | 1/26/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($1.50) | $0.00 | 223514 | | 1/24/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 223515 | | 2/1/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.83) | $0.00 | 223601 | | 12/18/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 223618 | | 1/3/06 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.60) | $0.00 | 223721 | | 12/16/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 223799 | | 10/12/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.97) | $0.00 | 223914 | | 12/10/05 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 224126 | | 1/1/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | 224135 | | 1/1/06 | |
| Supplies-MailP | 2/17/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 224815 | | 2/14/06 | |
| Supplies-MailP | 2/22/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 226385 | | 2/17/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($34.15)