South Vop Building Center

C

AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: Civ No 05-~~State~~ JJP
804

I, _Cummy Conelly_ declare that I am the (check appropriate box)
☐ Petitioner/Plaintiff/Movant  ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐ No  (If "No" go to Question 2)

    If "YES" state the place of your incarceration

    Are you employed at the institution?  ☐ Yes ☒ No

    Do you receive any payment from the institution?  ☐ Yes ☒ No

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes ☒ No
    b. Rent payments, interest or dividends             ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes ☒ No
    d. Disability or workers compensation payments      ☐ Yes ☒ No
    e. Gifts or inheritances                            ☐ Yes ☒ No
    f. Any other sources                                ☐ Yes ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

## Certificate of Service

I, Guango Correa, hereby certify that I have served a true and correct cop(ies) of the attached: _____ upon the following parties/person (s):

TO: Sussex County ~~_____~~
~~_____~~
Georgetown De 19947
~~_____~~
Lieutenant Michael Costello

V.O.P. Building

TO: Guango F. Correa
Delaware Correctional Center
1181 Paddock Road
Smyrna Del 19977

TO: Lieutenant Michael Costello
Sussex Violation of Probation Unit
Route 6, Box 700
Georgetown Del 19947

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this ~~__~~ 15 day of ~~03~~ ~~__~~ 05 _____, 200~~5~~6

_____
Guango Correa