IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO FITZGERALD CORREA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-804-JJF |
| | ) |
| SOUTH VOP BUILDING CENTER and | ) |
| LIEUTENANT MICHAEL COSTELLO, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 1, 2005, this Court entered an order requiring Plaintiff to submit, within 30 days, an application to proceed *in forma pauperis* and a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed;

WHEREAS, on March 1, 2006, this Court entered an order dismissing the complaint for failure to timely submit the required documents (D.I. 3);

WHEREAS, on March 17, 2006, Plaintiff submitted to the Court the required documents;

THEREFORE, at Wilmington this 28 day of March, 2006, IT IS HEREBY ORDERED that:

1. The clerk of the court shall **reopen** this action.

2. The $250.00 filing fee is **reinstated**.

3. The application for leave to proceed in forma pauperis (D.I. 4) is **GRANTED**.

4. The clerk of the court shall and proceed to calculate the initial filing fee payment.

_____
UNITED STATES DISTRICT JUDGE