(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Guango Fitzgeald Correa
(Name of Plaintiff)            (Inmate Number)

Delaware Correctional Center - 1181 Paddock Road Smyrna, DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)            (Inmate Number)

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) South VOP Building Center

Civil 05-804-JJF

(2) Lieutenant Michael Costello

• • Jury Trial Requested

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

April 20, 2002, Lieutenant Michael Costello  BD scanned
Has Abuse me, and Threatening me my Right Leg
Still need Sruger done Pain Suffing Lost of Wages or Job

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ••Yes   •⊛No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   ••Yes   ••No

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A
N/A

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: N/A

Employed as N/A at

Mailing address with zip code: N/A


(2) Name of second defendant: N/A

Employed as N/A at

Mailing address with zip code: N/A
N/A

(3) Name of third defendant: N/A

Employed as N/A at

Mailing address with zip code: N/A
N/A

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Frist my right was vibated and I was abouse by This guy call Lieutenant Michal Costello has absuse my Right Leg w/Hers he has put shanck on my Ankleks and trun me up side down, 5 time in The Ball THS South VOP Building Have A rose Ground

2. Behias THS Building And That where they pushing you around And I still need to get surgery done on my Right Legs

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to make them pay for the pain They Cost me I want to clost THS South VOP Building down For good They Are Abuse our African American Brother And our African American Sister And THS 14th A

$ 25000000.00.00 Pain and suffing

3

2. And To Be Aware of How The South Vop Building Sussex County Georgetown, Del Are mistreatment us I Know The State of Delaware They Allready Know What is going on,

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Orlando Corrort    compound
SBI# 061808067  UNIT D16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

A Fter 03/93/06
Address 1738 Irish Hill Rd
Felton Del 19943.

United States District
District of Delaware
Office of the Cle[rk]
844 N. King Street
Wilmington, De, 19801

You have the S[...] Inmate Acc[...] one on F[...]

error