IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GUANGO FITZGERALD CORREA,        )
                                 )
        Plaintiff,                )
                                 )
    v.                           )   Civil Action No. 05-804-JJF
                                 )
SOUTH VOP BUILDING CENTER and    )
LIEUTENANT MICHAEL COSTELLO,     )
                                 )
        Defendants.               )

### ORDER

    WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, filed a request to proceed in forma pauperis, and on March 28, 2006, was granted leave to proceed in forma pauperis (D.I. 1, 7);

    WHEREAS, on March 21, 2006, Plaintiff filed a second request for leave to proceed in forma pauperis (D.I. 6);

    THEREFORE, at Wilmington this  11  day of April, 2006, IT IS HEREBY ORDERED that the second application for leave to proceed in forma pauperis (D.I. 6) is **DENIED** as moot.

                                                                       UNITED STATES DISTRICT JUDGE