IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO FITZGERALD CORREA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 05-804-JJF |
| ) | |
| SOUTH VOP BUILDING CENTER and ) | |
| LIEUTENANT MICHAEL COSTELLO,  ) | |
| ) | |
| Defendants.  ) | |

### ORDER

WHEREAS, Plaintiff Guango Fitzgerald Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed <u>in forma pauperis</u>, and on April 4, 2006, entered an order assessing an initial partial filing fee and requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 10);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this __18__ day of May, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the balance of the filing fee owed.

UNITED STATES DISTRICT JUDGE