

WILMINGTON DE 197
06 JUN 2006 PM 3 T

05CU804JJF

FILED
JUN 0 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Guango Fitzgerald Correa
SBI #180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S. X-RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO FITZGERALD CORREA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-804-JJF |
| ) | |
| SOUTH VOP BUILDING CENTER and ) | |
| LIEUTENANT MICHAEL COSTELLO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, Plaintiff Guango Fitzgerald Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed in forma pauperis, and on April 4, 2006, entered an order assessing an initial partial filing fee and requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 10);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this __18__ day of May, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the balance of the filing fee owed.

UNITED STATES DISTRICT JUDGE