OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

JUN 16 9 49 AM

**TO:** CCIC, Department of Corrections
Fax number 8-302-739-7486

**FROM:** Peter T. Dalleo, Clerk, U.S. District Court

**Re:** Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Guango Fitzgerald Correa
SBI #180807
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

O Belton
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

59 Woodville
Magnolia, DE
19962
Released from DCC 03-23-06

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court